**JUDGE KARAS**

NOWELL AMOROSO KLEIN BIERMAN, P.A.
William D. Bierman (WB – 8955)
155 Polifly Road
Hackensack, New Jersey 07601
Telephone: (201) 343-5001
Facsimile: (201) 343-5181
E-mail: wbierman@nakblaw.com
Attorneys for Plaintiff,
Active Media Services, Inc. d/b/a Active International

08 CV 6301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTIVE MEDIA SERVICES, INC. d/b/a ACTIVE INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>C A C AMERICAN CARGO CORP., and ALL WORLD INTERNATIONAL SHIPPING, INC. d/b/a AWIS,<br><br>Defendants | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND |

**PLAINTIFF'S COMPLAINT**

Plaintiff, Active Media Services, Inc. d/b/a Active International, (hereinafter "Plaintiff" or "Active Internatinal") by and through its attorneys Nowell Amoroso Klein Bierman, P.A., by way of Complaint against the defendants, C A C American Cargo Corp. ("C A C American") and All World International Shipping, Inc. d/b/a AWIS ("AWIS"), (collectively referred to herein as times as "Defendants") set forth and allege as follows:

## THE PARTIES

1.  Plaintiff is a corporation duly organized and existing under the laws of the State of Delaware with a principal place of business located at One Blue Hill Plaza, Pearl River, Rockland County, New York.

2.  C A C American Cargo Corp. ("C A C American") upon information and belief, is or was at all relevant times, a federally licensed motor carrier of goods in interstate transportation operating under U.S. Department of Transportation Number 1326743. C A C American is a corporation duly organized and existing under the laws of one of the States of the United States and according to the Federal Motor Carrier Safety Administration ("FMCSA"), has a principal place of business located at 11890 NW 87 Ct Bay, Hialeah, Miami-Dade County, Florida 33018. Pursuant to the FMCSA federal licensing authority, the Defendant C A C American has an agent for service of process in 48 states. According to the FMCSA's licensing information, C A C American's agent for service of process for personal jurisdiction in New York is one John L. Alfano, 2 Griffon Place, Rye, New York 10580-2414.

3.  All World International Shipping, Inc. d/b/a AWIS ("AWIS") upon information and belief, is or was at all relevant times, a federally licensed broker of goods in interstate transportation operating under U.S. Department of Transportation MC Number 455628. AWIS is a corporation duly organized and existing under the laws of one of the States of the United States and according to the Federal Motor Carrier Safety Administration ("FMCSA"), has a principal place of business located at 7987 NW 33 Street, Miami, Florida 33122. Pursuant to the FMCSA federal licensing authority, the Defendant AWIS has an agent for service of process in 48 states as designated by the carrier, which carrier in this case is C A C American. According to the FMCSA's licensing information, C A C American's agent for service of process for

personal jurisdiction in New York is one John L. Alfano, 2 Griffon Place, Rye, New York 10580-2414.

## JURISDICTION

3. This court has jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. § 1337, 49 U.S.C. § 14706, the Interstate Commerce Act and 49 U.S.C. § 13706 of the Interstate Commerce Commission Termination Act of 1995 (ICCTA) as this action involves liability for loss of goods traveling in interstate commerce and, further, that the amount of the damages is in excess of $75,000.00.

4. Thus, subject matter jurisdiction is based upon "arising under" and diversity jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. § 1391 (b)(2) in that a substantial part of the events giving rise to the claim occurred within this judicial district.

## COUNT I

## CARRIER LIABILITY PURSUANT TO CARMACK AMENDMENT

6. On January 4, 2008, pursuant to a Bill of Lading, the Plaintiff tendered a shipment of 629 cartons containing LCD television sets and accessories for those television sets (the "Shipment") for transport in interstate commerce from New York to Florida to C A C American.

7. The Shipment was brokered by AWIS. In other words, the Plaintiff contacted AWIS as a licensed broker of goods in interstate commerce to arrange for transportation of the Shipment with a responsible carrier. The Plaintiff was relying upon the skill, knowledge and experience of AWIS to select a responsible motor carrier and to arrange for the transportation of the Shipment.

8. On January 5, 2008 the C A C American tractor and the trailer containing the Shipment was reportedly stolen from a truck stop in Georgia while en route to Florida. The entire contents of the Shipment, all 629 cartons containing LCD television sets and accessories for those television sets, were thus lost while in the custody of the carrier, C A C American.

9. The carrier, C A C American is liable for the loss of the Shipment pursuant 28 U.S. C. § 14706, which is commonly referred to as the "Carmack Amendment."

10. In addition to the liability of the carrier, C A C American, the broker, AWIS is liable to the Plaintiff. It was the broker's responsibility and obligation (and the Plaintiff was so relying upon the broker) to select a responsible carrier to transport the Shipment.

11. AWIS carelessly, negligently and/or recklessly brokered the Shipment to an irresponsible carrier, in this case, C A C American. This is supported by, among other things, the fact that the FMCSA's public information on the carrier, shows that C A C American has had a checkered history, at best, with no less than six (6) "involuntary revocation" of its license since 2005. The FMCSA has now revoked C A C American's Motor Property Common Carrier Authority as of April 14, 2008. A true and accurate copy of the relevant portions of the current FMCSA report on C A C American Cargo Corp is attached hereto as Exhibit "A."

12. As a licensed broker representing itself to Plaintiff as being an experienced and skilled broker, AWIS knew, should have know or should have checked up on the publicly available FMCSA information on the carrier, C A C American. Such due diligence would have revealed that C A C American's history was problematic and that C A C American was not a responsible carrier to which to broker the Shipment.

13. Moreover, the suspicious nature of the alleged theft raises serious questions about the irresponsibility of C A C American. For example, it is highly unlikely that a random thief

4

happened upon the C A C American trailer with its concealed contents of 629 cartons containing LCD television sets and accessories for those television sets out of all of the other trailers with concealed contents parked at the truck stop. The probable conclusion is that the alleged "theft" was staged and orchestrated by C A C American to cash in on the value of the Shipment.

14.  As a direct and proximate result of the actions of the Defendants, and each of them, the Plaintiff has suffered the loss of the value of the Shipment and replacement cost in excess of $75,000.00.

## COUNT II

### BROKER LIABILITY FOR NEGLIGENT ENTRUSTMENT.

15.  Plaintiff repeats and realleges the allegations made in paragraphs one through fourteen of the Complaint as if set forth fully at length herein.

16.  The Defendant Broker, AWIS, owed a duty to the Plaintiff to select a qualified, proper, reputable and/or otherwise responsible motor carrier. In exchange for the consideration paid by the Plaintiff, the Plaintiff relied upon the Defendant, Broker, AWIS' expertise and experience in this field in selecting such a carrier.

17.  The Defendant Broker, AWIS, breached its duty of care owed to the Plaintiff in that it failed to properly evaluate or vet the credentials of the carrier, C A C American. For example, AWIS negligently failed to check the FMCSA public information on C A C American which information showed a problematic (at best) history of the carrier. A diligent inquiry was not made by AWIS in the *bona fides* of the carrier. A diligent inquiry would have reveled that the carrier to which the Shipment was tendered by AWIS was unfit for the transport.

18.  AWIS as a broker owes a duty of care to the Plaintiff as a shipper to exercise due care in selecting an appropriate carrier.

19.   AWIS' reasonable duty of care included, but were not limited to, such obligations to the Plaintiff as checking the carrier's safety statistics, shipping procedures, quality assurance, an evaluation of other brokers who tendered shipments to the carrier and their experience and the maintenance of internal records of other shipments tendered to this carrier.

20.   AWIS as a broker, is liable to Plaintiff, because AWIS negligently hired the carrier, C A C American. AWIS, in selecting the process of selecting the carrier, had an obligation to make sure that security was appropriate for this Shipment and that the Shipment was secure and protected from theft. AWIS breached its duty of care and in the process of selecting the carrier, was negligent.

21.   As a direct and proximate result of the negligence of AWIS, the Plaintiff has suffered damages in excess of $75,000.00.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly, severally and alternatively for damages in excess of $75,000.00, plus interest, plus reasonable counsel fees and costs and for such other and further relief the court deems equitable and just.

### JURY DEMAND

The Plaintiff hereby demands a trial by jury.

NOWELL AMOROSO KLEIN BIERMAN, P.A.

s/ William D. Bierman
William D. Bierman (WB – 8955)
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:   (201) 343-5001
Facsimile:   (201) 343-5181
E-mail: wbierman@nakblaw.com

Attorneys for Plaintiff,
Active Media Services, Inc.
d/b/a Active International

6

# FMCSA Motor Carrier

USDOT Number: 1326743
Docket Number: MC513043
Legal Name: C A C AMERICAN CARGO CORP
DBA (Doing-Business-As) Name



### Addresses
Business Address: 11890 NW 87 CT BAY
HIALEAH, FL 33018
Business Phone: (305) 519-1673   Business Fax:
Mail Address:

Mail Phone:   Mail Fax:   Undeliverable Mail: NO

### Authorities:
| | | |
|---|---|---|
| Common Authority: INACTIVE | Application Pending: NO | |
| Contract Authority: NONE | Application Pending: NO | |
| Broker Authority: NONE | Application Pending: NO | |
| Property: YES | Passenger: NO | Household Goods: NO |
| Private: NO | Enterprise: NO | |

### Insurance Requirements:
| | | | |
|---|---|---|---|
| BIPD Exempt: NO | BIPD Waiver: NO | BIPD Required: $750,000 | BIPD on File: $0 |
| Cargo Exempt: NO | | Cargo Required YES | Cargo on File: NO |
| BOC-3: YES | | Bond Required: NO | Bond on File: NO |

Blanket Company: ALL AMERICAN AGENTS OF PROCESS

Comments:

### Active/Pending Insurance:
Form:   Type:   Posted Date:
Policy/Surety Number:   Coverage From:   $0   To:   $0
Effective Date:   Cancellation Date:

### Rejected Insurances:
Form: 35   Type: BIPD
Policy/Surety Number: CPA000548   Coverage From:   $0   To:
Received: 01/10/2008   Rejected: 01/10/2008
Rejected Reason: Already terminated by replacement.

Insurance Carrier   AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
Attn:   LUCINDA SARAS
Address:   3000 WEST CYPRESS CREEK RD
FT LAUDERDALE, FL 33309 US
Telephone: (954) 493 - 6565   Fax: (954) 545 - 7482

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name: **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name


FMCSA

**Rejected Insurances:**

| | |
|---|---|
| Form: **35** | Type: **BIPD** |
| Policy/Surety Number: **PIA02985001** | Coverage From: $0 To: |
| Received: **01/18/2008** | Rejected: **01/18/2008** |
| Rejected Reason: **Already terminated by replacement.** | |

Insurance Carrier  CANAL INSURANCE CO.
         Attn:  AGENT SUPPORT
      Address:  P O BOX 7
                GREENVILLE, SC  29602 US
    Telephone:  (864) 527 - 6700    Fax: (864) 232 - 5707

| | |
|---|---|
| Form: **35** | Type: **BIPD** |
| Policy/Surety Number: **CPA000548** | Coverage From: $0 To: |
| Received: **03/10/2008** | Rejected: **03/10/2008** |
| Rejected Reason: **Already terminated by replacement.** | |

Insurance Carrier  AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
         Attn:  LUCINDA SARAS
      Address:  3000 WEST CYPRESS CREEK RD
                FT LAUDERDALE, FL  33309 US
    Telephone:  (954) 493 - 6565    Fax: (954) 545 - 7482

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name:     **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name



F M C S A

**Insurance History:**

| | |
|---|---|
| Form: **91X** Type: **BIPD/Primary** | |
| Policy/Surety Number: **CPA000548**  Coverage From **$0** To: **$1,000,000** | |
| Effective Date From: **09/25/2007**  To: **02/21/2008**  Disposition: **Cancelled** | |

Insurance Carrier  AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
       Attn:  LUCINDA SARAS
    Address:  3000 WEST CYPRESS CREEK RD
              FT LAUDERDALE, FL  33309 US
  Telephone:  (954) 493 - 6565     Fax:  (954) 545 - 7482

| | |
|---|---|
| Form: **91X** Type: **BIPD/Primary** | |
| Policy/Surety Number: **CPA000548**  Coverage From **$0** To: **$1,000,000** | |
| Effective Date From: **09/25/2007**  To: **09/25/2007**  Disposition: **Replaced** | |

Insurance Carrier  AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
       Attn:  LUCINDA SARAS
    Address:  3000 WEST CYPRESS CREEK RD
              FT LAUDERDALE, FL  33309 US
  Telephone:  (954) 493 - 6565     Fax:  (954) 545 - 7482

| | |
|---|---|
| Form: **91X** Type: **BIPD/Primary** | |
| Policy/Surety Number: **CPA000548**  Coverage From **$0** To: **$1,000,000** | |
| Effective Date From: **09/25/2007**  To: **02/23/2008**  Disposition: **Replaced** | |

Insurance Carrier  AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
       Attn:  LUCINDA SARAS
    Address:  3000 WEST CYPRESS CREEK RD
              FT LAUDERDALE, FL  33309 US
  Telephone:  (954) 493 - 6565     Fax:  (954) 545 - 7482

| | |
|---|---|
| Form: **91X** Type: **BIPD/Primary** | |
| Policy/Surety Number: **PIA02985001**  Coverage From **$0** To: **$750,000** | |
| Effective Date From: **02/23/2008**  To: **04/18/2008**  Disposition: **Cancelled** | |

Insurance Carrier  CANAL INSURANCE CO.
       Attn:  AGENT SUPPORT
    Address:  P O BOX 7
              GREENVILLE, SC  29602 US
  Telephone:  (864) 527 - 6700     Fax:  (864) 232 - 5707

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name: **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name


FMCSA

**Insurance History:**

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **TC025582**    Coverage From    $0    To:    $1,000,000
Effective Date From: **02/01/2007**   To: **04/12/2007**    Disposition: **Cancelled**

Insurance Carrier   AEQUICAP INSURANCE COMPANY
Attn:   MARILYN J. PETERSON
Address:   3000 W. CYPRESS CREEK RD.
           FT LAUDERDALE, FL  33309 US
Telephone:   (800) 275 - 2800    Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **TC011284**    Coverage From    $0    To:    $1,000,000
Effective Date From: **02/11/2005**   To: **06/03/2005**    Disposition: **Cancelled**

Insurance Carrier   AEQUICAP INSURANCE COMPANY
Attn:   MARILYN J. PETERSON
Address:   3000 W. CYPRESS CREEK RD.
           FT LAUDERDALE, FL  33309 US
Telephone:   (800) 275 - 2800    Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **TC011284**    Coverage From    $0    To:    $1,000,000
Effective Date From: **02/11/2005**   To: **02/11/2005**    Disposition: **Replaced**

Insurance Carrier   AEQUICAP INSURANCE COMPANY
Attn:   MARILYN J. PETERSON
Address:   3000 W. CYPRESS CREEK RD.
           FT LAUDERDALE, FL  33309 US
Telephone:   (800) 275 - 2800    Fax:

---

Form: **91X**          Type: **BIPD/Primary**
Policy/Surety Number: **TC025582**    Coverage From    $0    To:    $1,000,000
Effective Date From: **02/01/2007**   To: **06/04/2007**    Disposition: **Cancelled**

Insurance Carrier   AEQUICAP INSURANCE COMPANY
Attn:   MARILYN J. PETERSON
Address:   3000 W. CYPRESS CREEK RD.
           FT LAUDERDALE, FL  33309 US
Telephone:   (800) 275 - 2800    Fax:

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name:    **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name


F M C S A

**Insurance History:**

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **TC011284** | Coverage From $0 To: $1,000,000 |
| Effective Date From: **02/11/2005** | To: **08/02/2005**   Disposition: **Cancelled** |

Insurance Carrier  AEQUICAP INSURANCE COMPANY
Attn:  MARILYN J. PETERSON
Address:  3000 W. CYPRESS CREEK RD.
FT LAUDERDALE, FL  33309 US
Telephone:  (800) 275 - 2800   Fax:

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **TC011284** | Coverage From $0 To: $1,000,000 |
| Effective Date From: **02/11/2005** | To: **02/11/2005**   Disposition: **Replaced** |

Insurance Carrier  AEQUICAP INSURANCE COMPANY
Attn:  MARILYN J. PETERSON
Address:  3000 W. CYPRESS CREEK RD.
FT LAUDERDALE, FL  33309 US
Telephone:  (800) 275 - 2800   Fax:

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **TC011284** | Coverage From $0 To: $1,000,000 |
| Effective Date From: **02/11/2005** | To: **09/02/2005**   Disposition: **Cancelled** |

Insurance Carrier  AEQUICAP INSURANCE COMPANY
Attn:  MARILYN J. PETERSON
Address:  3000 W. CYPRESS CREEK RD.
FT LAUDERDALE, FL  33309 US
Telephone:  (800) 275 - 2800   Fax:

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **TC011284** | Coverage From $0 To: $1,000,000 |
| Effective Date From: **02/11/2005** | To: **02/11/2005**   Disposition: **Replaced** |

Insurance Carrier  AEQUICAP INSURANCE COMPANY
Attn:  MARILYN J. PETERSON
Address:  3000 W. CYPRESS CREEK RD.
FT LAUDERDALE, FL  33309 US
Telephone:  (800) 275 - 2800   Fax:

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name: **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name



**Insurance History:**

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **TC011284** | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: **02/11/2005** | To: **10/06/2005** | Disposition: **Cancelled** | |

Insurance Carrier: AEQUICAP INSURANCE COMPANY
Attn: MARILYN J. PETERSON
Address: 3000 W. CYPRESS CREEK RD.
FT LAUDERDALE, FL 33309 US
Telephone: (800) 275 - 2800    Fax:

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **CPA000548** | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: **09/25/2007** | To: **12/12/2007** | Disposition: **Replaced** | |

Insurance Carrier: AEQUICAP PROPERTY &CASUALTY INSURANCE COMPANY
Attn: LUCINDA SARAS
Address: 3000 WEST CYPRESS CREEK RD
FT LAUDERDALE, FL 33309 US
Telephone: (954) 493 - 6565    Fax: (954) 545 - 7482

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **SFT 2314140** | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: **10/14/2005** | To: **10/14/2006** | Disposition: **Cancelled** | |

Insurance Carrier: COMMERCE AND INDUSTRY INSURANCE
Attn:
Address: 70 PINE STREET
NEW YORK, NY 10270 US
Telephone: (877) 399 - 6442    Fax: (866) 797 - 1077

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **SFT 2314140** | Coverage From | $0 To: | $1,000,000 |
| Effective Date From: **10/14/2005** | To: **10/14/2005** | Disposition: **Replaced** | |

Insurance Carrier: COMMERCE AND INDUSTRY INSURANCE
Attn:
Address: 70 PINE STREET
NEW YORK, NY 10270 US
Telephone: (877) 399 - 6442    Fax: (866) 797 - 1077

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name: **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name



**Insurance History:**

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **SFT 2314140-02** | Coverage From **$0** To: **$1,000,000** |
| Effective Date From: **10/14/2006** To: **01/04/2007** | Disposition: **Cancelled** |

Insurance Carrier: THE INSURANCE CO OF THE STATE OF PENNSYLVANIA
Attn:
Address: 70 PINE STREET
NEW YORK, NY 10270 US
Telephone: (877) 399 - 6442    Fax: (866) 797 - 1077

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **PIA02985001** | Coverage From **$0** To: **$750,000** |
| Effective Date From: **12/12/2007** To: **09/25/2007** | Disposition: **Replaced** |

Insurance Carrier: CANAL INSURANCE CO.
Attn: AGENT SUPPORT
Address: P O BOX 7
GREENVILLE, SC 29602 US
Telephone: (864) 527 - 6700    Fax: (864) 232 - 5707

| | |
|---|---|
| Form: **34** | Type: **CARGO** |
| Policy/Surety Number: **C332561** | Coverage From **$0** To: **$5,000** * |
| Effective Date From: **07/29/2005** To: **07/29/2006** | Disposition: **Cancelled** |

Insurance Carrier: CANAL INSURANCE CO.
Attn: AGENT SUPPORT
Address: P O BOX 7
GREENVILLE, SC 29602 US
Telephone: (864) 527 - 6700    Fax: (864) 232 - 5707

| | |
|---|---|
| Form: **34** | Type: **CARGO** |
| Policy/Surety Number: **LMC100033** | Coverage From **$0** To: **$5,000** * |
| Effective Date From: **02/14/2005** To: **02/14/2006** | Disposition: **Cancelled** |

Insurance Carrier: UNDERWRITERS AT LLOYDS LONDON
Attn: LLOYD'S ILLINOIS INC
Address: 181 W. MADISON, SUITE 3870
CHICAGO, IL 60602 US
Telephone: (312) 407 - 6214    Fax: (312) 407 - 6629

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name:   **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name



**Insurance History:**

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **LMC100033** | Coverage From | $0   To: | $5,000 * |
| Effective Date From: **02/14/2005** | To: **07/29/2005** | Disposition: **Replaced** | |

Insurance Carrier   UNDERWRITERS AT LLOYDS LONDON
Attn:   LLOYD'S ILLINOIS INC
Address:   181 W. MADISON, SUITE 3870
           CHICAGO, IL  60602 US
Telephone:   (312) 407 - 6214     Fax:   (312) 407 - 6629

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **441-89-42-C60097** | Coverage From | $0   To: | $5,000 * |
| Effective Date From: **02/27/2008** | To: **04/06/2008** | Disposition: **Cancelled** | |

Insurance Carrier   LEXINGTON INSURANCE COMPANY
Attn:   STEVEN SILVERMAN
Address:   100 SUMMER ST., 30THFLR
           BOSTON, MA  02110-2103 US
Telephone:   (617) 330 - 8492     Fax:   (617) 772 - 4570

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **441-89-42-C55585** | Coverage From | $0   To: | $5,000 * |
| Effective Date From: **09/25/2007** | To: **02/21/2008** | Disposition: **Cancelled** | |

Insurance Carrier   LEXINGTON INSURANCE COMPANY
Attn:   STEVEN SILVERMAN
Address:   100 SUMMER ST., 30THFLR
           BOSTON, MA  02110-2103 US
Telephone:   (617) 330 - 8492     Fax:   (617) 772 - 4570

| Form: 34 | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **C346750** | Coverage From | $0   To: | $5,000 * |
| Effective Date From: **10/20/2006** | To: **05/10/2007** | Disposition: **Cancelled** | |

Insurance Carrier   CANAL INSURANCE CO.
Attn:   AGENT SUPPORT
Address:   P O BOX 7
           GREENVILLE, SC  29602 US
Telephone:   (864) 527 - 6700     Fax:   (864) 232 - 5707

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $10,000 for bond/trust fund).  The carrier may actually have higher levels of coverage.

# FMCSA Motor Carrier

USDOT Number: **1326743**
Docket Number: **MC513043**
Legal Name:   **C A C AMERICAN CARGO CORP**

DBA (Doing-Business-As) Name



FMCSA

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $10,000 for bond/trust fund). The carrier may actually have higher levels of coverage.

* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance and $10,000 for bond/trust fund). The carrier may actually have higher levels of coverage.

**Authority History:**

| Sub No. | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 02/29/2008 | REVOKED | 04/14/2008 |
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 09/27/2007 | REVOKED | 02/27/2008 |
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 02/05/2007 | REVOKED | 05/16/2007 |
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 11/09/2006 | REVOKED | 01/10/2007 |
| | MOTOR PROPERTY COMMON CARRIER | REINSTATED | 01/12/2006 | REVOKED | 08/07/2006 |
| | MOTOR PROPERTY COMMON CARRIER | GRANTED | 02/25/2005 | REVOKED | 10/12/2005 |

**Pending Application:**

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
| | | | | |

**Revocation History:**

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| COMMON | 01/25/2008 | 02/27/2008 | INVOLUNTARY REVOCATION |
| COMMON | 03/10/2008 | 04/14/2008 | INVOLUNTARY REVOCATION |
| COMMON | 04/13/2007 | 05/16/2007 | INVOLUNTARY REVOCATION |
| COMMON | 12/08/2006 | 01/10/2007 | INVOLUNTARY REVOCATION |
| COMMON | 07/03/2006 | 08/07/2006 | INVOLUNTARY REVOCATION |
| COMMON | 09/09/2005 | 10/12/2005 | INVOLUNTARY REVOCATION |

Run Date: June 23, 2008
Run Time: 11:33

Page 9 of 9

Data Source: Licensing and Insurance
li_carrier