**JUDGE KARAS**

NOWELL AMOROSO KLEIN BIERMAN, P.C.
William D. Bierman (WB – 8955)
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:   (201) 343-5001
Facsimile:   (201) 343-5181
E-mail: wbierman@nakblaw.com
Attorneys for Plaintiff,
Active Media Services, Inc. d/b/a Active International

08   CV   6301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTIVE MEDIA SERVICES, INC. d/b/a ACTIVE INTERNATIONAL, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: |
| C A C AMERICAN CARGO CORP., and ALL WORLD INTERNATIONAL SHIPPING, INC. d/b/a AWIS, ) ) ) ) ) | PLAINTIFF'S RULE 7.1 DISCLOSURE |
| Defendants ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

the Plaintiff, states that based upon information received from the Plaintiff that the Plaintiff has

no parent corporation and that no publicly held corporation owns 10% or more of the Plaintiff's

stock.

          NOWELL AMOROSO KLEIN BIERMAN, P.A.

s/ William D. Bierman
William D. Bierman (WB – 8955)
155 Polifly Road
Hackensack, New Jersey 07601
Telephone:  (201) 343-5001
Facsimile:  (201) 343-5181
E-mail: wbierman@nakblaw.com

Attorneys for Plaintiff,
Active Media Services, Inc.
d/b/a Active International