NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Attorneys for Plaintiff,
Active Media Services, Inc. d/b/a Active International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTIVE MEDIA SERVICES, INC. d/b/a ACTIVE INTERNATIONAL,<br><br>**Plaintiff,**<br><br>v.<br><br>C A C AMERICAN CARGO CORP., and ALL WORLD INTERNATIONAL SHIPPING, INC. d/b/a AWIS,<br><br>**Defendants** | Civil Action No.: 08-cv-6301<br><br>NOTICE OF APPEARANCE |

Thomas C. Martin, Esq., being an attorney-at-law of the State of New Jersey and admitted to the bar of the State of New Jersey, and also admitted to practice in the United States District Court For The District of New Jersey, Southern District of New York, Eastern District of New York, Western District of Washington and District Court of Maryland, hereby formally enters his appearance as Counsel in this matter on behalf of the Plaintiff, Active Media Services, Inc., d/b/a Active International, and to be bound accordingly. Notices and papers may be mailed and/or served upon him on behalf of the Plaintiff at the following address:

Thomas C. Martin, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Telephone: (201)343-5001
Fax: (201)343-5181
E-mail: tmartin@nakblaw.com

**Nowell Amoroso Klein Bierman, P.A.**
Attorneys for Plaintiff, Active Media Services, Inc.
d/b/a Active International

By: /s/ *Thomas C. Martin*
　　　Thomas C. Martin

Dated: June 24, 2008