NOWELL AMOROSO KLEIN BIERMAN, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
Attorneys for Plaintiff,
Active Media Services, Inc. d/b/a Active International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACTIVE MEDIA SERVICES, INC. d/b/a ACTIVE INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>C A C AMERICAN CARGO CORP., and ALL WORLD INTERNATIONAL SHIPPING, INC. d/b/a AWIS,<br><br>Defendants | Civil Action No.: 08-cv-6301<br><br>PROOF OF SERVICE |

I, Thomas C. Martin, Esq. hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey and also admitted to practice in the United States District Court For the District of New Jersey, the Southern District of New York, and the Eastern District of New York, and serve as legal counsel to the Plaintiff in the above-referenced matter.

2. On August 6, 2008 the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure, Notice of Appearance for William D. Bierman, Esq., with electronic notification, Notice of Appearance for Thomas C. Martin, Esq., with electronic notification, Summons for Defendant All World International Shipping, Inc. d/b/a AWIS, Summons for Defendant C A C American Cargo Corp., Individual Practices of Magistrate Judge Lisa Margaret Smith, and Individual Rules of Practice For Default Proceedings of the Honorable Kenneth M. Karas with

# EXHIBIT "A"

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
|---|---|---|
| SERVICE OF: **SEE ADDENDUM**<br>EFFECTED (1) BY ME: **PAUL SALAZAR**<br>TITLE: **PROCESS SERVER** | | DATE: 8/6/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

C A C AMERICAN CARGO CORPORATION C/O JOHN L ALFANO

Place where served:

2 GRIFFEN PL RYE NY

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PHYLLIS ALFANO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F  AGE: 70  HEIGHT: 5'5  WEIGHT: 120  SKIN: WHITE  HAIR: BLONDE  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/6/2008     _____ L.S.
SIGNATURE OF PAUL SALAZAR
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   THOMAS C MARTIN, ESQ
PLAINTIFF:   ACTIVE MEDIA SERVICES, INC D/B/A ACTIVE INTERNATIONAL
DEFENDANT:  C A C AMERICAN CARGO CORP., ET AL
VENUE:      DISTRICT OF NEW YORK
DOCKET:     08 CV 6301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SEE ADDENDUM |
| EFFECTED (1) BY ME: | PAUL SALAZAR |
| TITLE: | PROCESS SERVER |
| DATE: | 8/6/08 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant:

ALL WORLD INTERNATION SHIPPING, INC D/B/A AWIS C/O JOHN L ALFANO, R.A.

Place where served: 2 GRIFTON PL RYE NY

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

PHYLLIS ALFANO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F   AGE: 70   HEIGHT: 5'5"   WEIGHT: 120   SKIN: WHITE   HAIR: BLONDE   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___   SERVICES $ ___   TOTAL $ ___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/6/2008    _____ L.S.
SIGNATURE OF PAUL SALAZAR
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | THOMAS C MARTIN, ESQ |
| PLAINTIFF: | ACTIVE MEDIA SERVICES, INC D/B/A ACTIVE INTERNATIONAL |
| DEFENDANT: | C A C AMERICAN CARGO CORP., ET AL |
| VENUE: | DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 6301 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.