UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ACTIVE MEDIA SERVICES, INC. d/b/a
ACTIVE INTERNATIONAL,

                          **ECF CASE**

                Plaintiff,

        - against -                              08 Civ. 6301 (KMK)

C A C AMERICAN CARGO CORP. and
ALL WORLD INTERNATIONAL SHIPPING,
INC. d/b/a AWIS,

                Defendants.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant AWIS ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None

     09/02/08                        S/ _____
Date                                          PETER J. ZAMBITO